# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

RICKEY HILLS (#197158)

VERSUS

N. BURL CAIN, ET AL

CIVIL ACTION

NUMBER 14-16-JWD-SCR

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in Magistrate Judge's Report dated February 20, 2015, to which an objection was filed.

**IT IS ORDERED** that the Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody filed by Rickey Hills is denied.

**IT IS FURTHER ORDERED** that a certificate of appealability is denied for the reasons set forth in the report and recommendation issued by the Magistrate Judge.

Signed in Baton Rouge, Louisiana, on March 6, 2015.

JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA